HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                          ) | NO.  CR06-109MJP |
|                                                              )<br>       v.                                              )<br>                                                              )<br>STEVE ATTILA CZINEGE,            )<br>                                                              )<br>            Defendant.                      )<br>_____) | ORDER GRANTING A CONTINUANCE<br>OF TRIAL AND FINDING EXCLUDABLE TIME |

Having reviewed the motion for a continuance of trial and for a finding of excludable time, filed by the defense on May 4, 2006, and the declaration of defense counsel filed in support of the motion, the court has found that because the case poses a novel question of law and it would be unreasonable to expect adequate preparation for pretrial proceedings and for trial within the time limits established by the Speedy Trial Act, *see* 18 U.S.C. §§3161(h)(8)(b)(ii), and further, that the denial of the requested continuance would unreasonably deny the defendant and the government the time needed for effective preparation, *see* 18 U.S.C. §§3161(h)(8)(b)(iv); based on the foregoing findings, the court has concluded that a continuance of the trial date is appropriate and necessary in this case because the interest of the defendant and the public in a speedy trial is outweighed by the interest of the defendant in having adequate time in which to investigate and prepare his defense to significant criminal charges, *see* 18 U.S.C. §§3161(h)(8)(a);   accordingly, it is hereby ORDERED as follows:

ORDER GRANTING A CONTINUANCE OF
TRIAL AND FINDING EXCLUDABLE TIME - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1.  The trial of this case, which was originally scheduled to begin on June 5, 2006, is continued to September 11, 2006 at 9:00 a.m.; a Pretrial Conference is scheduled for September 5, 2006 at 4:00 p.m..

2.  The pretrial motions cutoff date, which had been set for April 27, 2006, is continued to July 6, 2006; and

3.  The time between the entry of this order and September 11, 2006 shall be treated as excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8).

DONE this 15th day of May, 2006.

/S/Marsha J. Pechman
HON. MARSHA J. PECHMAN
United States District Judge

Presented by:

/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER GRANTING A CONTINUANCE OF
TRIAL AND FINDING EXCLUDABLE TIME - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

CERTIFICATE OF SERVICE

I certify that on May 4, 2006, I electronically filed the foregoing Order Granting a Continuance of Trial and Finding Excludable Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Jill Otake.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER GRANTING A CONTINUANCE OF
TRIAL AND FINDING EXCLUDABLE TIME - 3

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391