THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-109P |
| Plaintiff, | |
| v. | ORDER OF CONTINUANCE |
| STEVE ATILLA CZINEGE, | |
| Defendant. | |

The Court having reviewed the stipulated motion by the United States and defendant STEVE ATILLA CZINEGE to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from October 30, 2006 to December 11, 2006, outweigh the best interests of the public and the defendant in a speedy trial. This matter is complex due to the uncertain legal posture of the case and it is therefore unreasonable to expect the parties to adequately prepare for trial before December 11, 2006. Additionally, failure to grant a continuance to December 11, 2006 would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that trial in this matter is continued from October 30, 2006 to December 11, 2006 at 9:00 a.m.

Order to Continue Trial Date/
CZINEGE/ CR06-109MJP — 1

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from October 30, 2006, up to and including December 11, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Defendant shall file a waiver of his Speedy Trial rights as outlined in the Stipulated Motion no later than October 27, 2006.

DATED this 20th day of October, 2006.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

Presented by:

/s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
CZINEGE/ CR06-109MJP — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970