THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                Plaintiff, | ) CASE NO. CR06-109MJP |
| v. | ) ORDER OF CONTINUANCE |
| STEVE ATILLA CZINEGE, | ) |
|                Defendant. | ) |

The Court having heard the oral motion by the defendant STEVE ATILLA CZINEGE to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from December 11, 2006 to January 16, 2007, outweigh the best interests of the public and the defendant in a speedy trial. The defendant recently received materials from the Canadian government that cause his attorney to believe that the Canadian government possesses documents that may exculpate the defendant. The fact that material that could be favorable to the defense is located in another country complicates trial preparation for the defense. It is therefore unreasonable to expect the defendant to adequately prepare for trial before December 11, 2006. Additionally, failure to grant a continuance to January 16, 2007

Order to Continue Trial Date/
CZINEGE/ CR06-109MJP — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that trial in this matter is continued from December 11, 2006 to January 16, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from December 11, 2006, up to and including January 16, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(i), (ii), and (iv). Defendant shall file a waiver of his Speedy Trial rights no later than December 22, 2006.

DATED this 13th day of December, 2006.

/S/*Marsha J. Pechman*
MARSHA J. PECHMAN
United States District Judge

Presented by:

/s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
CZINEGE/ CR06-109MJP — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970