HON. JAMES L. ROBART

06-CR-00109-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR06-109JLR |
| v. | ) ORDER PERMITTING COUNSEL TO WITHDRAW |
| STEVE ATTILA CZINEGE, | ) AND REFERRING THE ISSUE OF APPOINTMENT |
| Defendant. | ) OF COUNSEL TO A MAGISTRATE JUDGE |

On March 9, 2007, defense counsel, Allen R. Bentley, moved for leave to withdraw on the ground that the defendant was in default under provisions of their agreement relating to the payment of legal fees; it appearing that the defendant was duly served with the motion and supporting declaration by mail at the Federal Detention Center, Sea-Tac, Washington, where the defendant is incarcerated; and the court having given careful consideration to the motion, the court has concluded that the motion to withdraw is meritorious, *in that there is no dispute about the fact that there has been a default under the fee agreement*; that the motion is timely, in that a change in counsel will not prejudice the defendant; and that the motion should be granted; accordingly, it is hereby ORDERED as follows:

1. Defense counsel, Allen R. Bentley, who appeared as counsel for the defendant in this case on March 13, 2006 [CR 8], is permitted to withdraw;

ORDER PERMITTING COUNSEL TO WITHDRAW
AND REFERRING THE ISSUE OF APPOINTMENT OF
COUNSEL TO A MAGISTRATE JUDGE - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1  2. The matter is referred to a United States Magistrate Judge for consideration of an application
2  to be filed by the defendant for the appointment of counsel under the Criminal Justice Act; and
3  3. Upon the appointment of new counsel for the defendant, Allen R. Bentley shall have no
4  further responsibility in connection with this case.
5  DONE this 13th day of March, 2007.

HON. JAMES L. ROBART
United States District Judge

Presented by:

/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER PERMITTING COUNSEL TO WITHDRAW
AND REFERRING THE ISSUE OF APPOINTMENT OF
COUNSEL TO A MAGISTRATE JUDGE - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

CERTIFICATE OF SERVICE

I certify that on March 9, 2007, I electronically filed the foregoing Order Permitting Counsel to Withdraw and Referring the Issue of Appointment of Counsel to a Magistrate Judge with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Jill Otake. I further certify that on March 9, 2007, I served a copy of the order on the defendant, Steve Attila Czinege, by mailing it to him at the Federal Detention Center at Sea-Tac, where he is now in custody.

By: /s/ Allen R. Bentley  
ALLEN R. BENTLEY  
WSBA No. 12275  
Law Offices of Allen R. Bentley  
1111 Third Avenue  
Seattle, WA 98101  
Telephone: (206) 343-9391  
Fax: (206) 682-3746  
Email: abentley@concentric.net

ORDER PERMITTING COUNSEL TO WITHDRAW
AND REFERRING THE ISSUE OF APPOINTMENT OF
COUNSEL TO A MAGISTRATE JUDGE - 3
Law Offices of Allen R. Bentley  
1111 Third Avenue, Suite 2220  
Seattle, WA 98101-3207  
(206) 343-9391